**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTORINO LOZANO HERNANDEZ,  )<br>                                )<br>          Plaintiff,           )<br>                                )<br>     v.                         )<br>                                )<br>MICHAEL J. ASTRUE,              )<br>Commissioner of the Social     )<br>Security Administration,       )<br>                                )<br>          Defendant.            )<br>_____) | No. CV 09-1626 SS<br><br>**JUDGMENT** |

   IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: April 26, 2010.

                                   ____/S/_____
                                   SUZANNE H. SEGAL
                                   UNITED STATES MAGISTRATE JUDGE